UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

CARLOS VELEZ,

            Plaintiff,           CIV. S-05-0054 FCD PAN

     v.

JO ANNE B. BARNHART,           ORDER TO SHOW CAUSE
Commissioner of Social
Security,

            Defendant.

—oOo—

      On January 10, 2005, plaintiff filed a complaint seeking review of a final decision of the Commissioner of Social Security denying plaintiff's application for disability benefits.  The scheduling order filed January 10, 2005, required plaintiff to serve the summons and complaint within 20 days of filing the complaint.  Over six months have passed and there is nothing in the file to indicate that process has been served upon defendant.

      Within 11 days from the date of this order, plaintiff

1 shall show cause in writing why this action should not be
2 dismissed.
3         Dated:  July 20, 2005.

                                    /s/ Peter A. Nowinski
                                    PETER A. NOWINSKI
                                    Magistrate Judge