1  **FARRELL, FRAULOB & BROWN**
   A Professional Law Corporation
2  2315 Capitol Avenue
3  Sacramento, California 95816
   Telephone: (916) 442-5835
4
5  JOSEPH C. FRAULOB - State Bar #194355
   Attorney for Plaintiff
6

7              UNITED STATES DISTRICT COURT

8              EASTERN DISTRICT OF CALIFORNIA

9

10

   CARLOS VELEZ,                           CASE NO. 2:05-CV-00054-PAN
11
        Plaintiff,
12
     v.
13
   JO ANNE B. BARNHART                     STIPULATIONS AND ORDER
14 Commissioner of Social Security         EXTENDING PLAINTIFF'S TIME TO
   Administration                          FILE MOTION FOR SUMMARY
15                                         JUDGEMENT AND/OR REMAND
        Defendant.
16

17

18      IT IS HEREBY STIPULATED by and between the parties, through their

19 undersigned attorneys, that plaintiff shall have until December 23, 2005, in which to file a

20 Motion for Summary Judgement and/or Remand, in compliance with the Magistrate's

21 Order.

22      The parties further stipulate that counsel for plaintiff will provide a facsimile of

23 this stipulation bearing counsel's signature for retention in Defendant's case file.

24 Counsel for defendant also authorizes counsel for plaintiff to electronically sign this

25 stipulation on behalf of defendant.

26      This is the second extension granted.

27

28

```
 1                                      Respectfully submitted,
 2                                      FARRELL, FRAULOB & BROWN
 3
 4      DATED:   November 23, 2005      BY: /s/ Joseph Fraulob
 5                                          JOSEPH FRAULOB
                                            Attorney for Plaintiff
 6
 7
 8                                      McGREGOR W. SCOTT,
                                        UNITED STATES ATTORNEY
 9
        DATED:   November 23, 2005
10                                      BY:/s/ Bobby J. Montoya
11                                         BOBBY J. MONTOYA
                                           Assistant U.S. Attorney
12
13         APPROVED AND ORDERED
14         Dated:  November 28, 2005.
15
                                          /s/ Peter A. Nowinski
16                                        PETER A. NOWINSKI
                                          Magistrate Judge
17
18
19
20
21
22
23
24
25
26
27
28
```