McGREGOR W. SCOTT
United States Attorney
BOBBIE J. MONTOYA
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814-2322
Telephone:  (916) 554-2700

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS VELEZ,<br><br>         Plaintiff,<br><br>  v.<br><br>JO ANNE B. BARNHART,<br>  Commissioner of<br>  Social Security,<br><br>         Defendant. | CASE NO. 2:05-CV-00054-FCD-PAN<br><br>STIPULATION AND [proposed] ORDER EXTENDING DEFENDANT'S TIME TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT TO MARCH 23, 2006 |

   IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, with the approval of the Court, that Defendant's time to respond to Plaintiff's motion for summary judgment in the above-referenced case is hereby extended from the present due date of February 21, 2006, by thirty days, to the new response date of March 23, 2006.  The extension is needed due to the fact that Defendant's agency counsel has a conflict in her briefing schedule and will be unable to prepare the Commissioner's brief by the current deadline.

   This is the first extension requested re Defendant's response to Plaintiff's motion for

Stip.& Order Ext. Def.'s Time - 2:05-00054                **1**

summary judgment.

    The parties further stipulate that counsel for Plaintiff will provide a facsimile of this stipulation bearing counsel's signature for retention in Defendant's case file, and hereby authorizes counsel for Defendant to file this document in .pdf format under the latter's Electronic Case Filing password, pursuant to Local Rule 7-131.

DATED: February 21, 2006         */s/ Joseph C. Fraulob*
                                                JOSEPH C. FRAULOB

                                                Attorney for Plaintiff

DATED: February 21, 2006         McGREGOR W. SCOTT
                                                United States Attorney

                                        By: */s/ Bobbie J. Montoya*
                                                BOBBIE J. MONTOYA
                                                Assistant U. S. Attorney

                                                Attorneys for Defendant

OF COUNSEL:

LUCILLE GONZALES MEIS
Chief Counsel, Region IX

SHARON SANDS
Assistant Regional Counsel

United States Social Security Administration

Stip.& Order Ext. Def.'s Time - 2:05-00054      **2**

McGREGOR W. SCOTT
United States Attorney
BOBBIE J. MONTOYA
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814-2322
Telephone:  (916) 554-2700

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS VELEZ,<br><br>        Plaintiff,<br><br> v.<br><br>JO ANNE B. BARNHART,<br>  Commissioner of<br>  Social Security,<br><br>        Defendant. | CASE NO. 2:05-CV-00054-FCD-PAN<br><br>[proposed] ORDER EXTENDING DEFENDANT'S TIME TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

     Pursuant to the stipulation of the parties, electronically filed *February 22, 2006*, showing good cause for a requested first extension of Defendant's time to respond to Plaintiff's motion for summary judgment, the request is hereby APPROVED.

     Defendant shall file her response on or before March 23, 2006.

     SO ORDERED.

DATED: March 2, 2006.

*[signature]*
UNITED STATES MAGISTRATE JUDGE

Stip.& Order Ext. Def.'s Time - 2:05-00054